IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 07-cv-00209-PSF-PAC

THOMAS A. BELL

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

    This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404 (Dkt. # 11). The Court having reviewed the file and being otherwise fully advised in the premises, GRANTS said motion.

    It is hereby ORDERED that plaintiff shall have to and including March 9, 2007 within which to respond to Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404.

    DATED: March 6, 2007

                                             BY THE COURT:

                                             *s/ Phillip S. Figa*

                                             _____
                                             Phillip S. Figa
                                             United States District Judge