IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter

**Civil Action No.: 07-cv-00209-PSF-PAC**          FTR - Reporter Deck - Courtroom A-501
**Date: March 27, 2007**                          Courtroom Deputy, Ellen E. Miller

THOMAS A. BELL,                                   James L. Cox, Jr.

    **Plaintiff(s),**

v.

UNION PACIFIC RAILROAD COMPANY,                   Mark C. Hansen
a Delaware corporation,

    **Defendant(s).**

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
Court in session: 9:35 a.m.
Court calls case. Appearance of counsel.

Please note that due to Magistrate Judge Coan's recent retirement, Magistrate Judge O. Edward Schlatter has temporarily assumed her cases and docket until a replacement is appointed. The **e-mail address** remains as the Coan_Chambers address and **case numbers** will continue to be designated with -PAC as the Magistrate Judge initials.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Discovery Cut-off is **NOVEMBER 02, 2007**

Dispositive Motions deadline is **DECEMBER 07, 2007**

Parties shall designate experts **on or before JULY 27, 2007**

Parties shall designate rebuttal experts **on or before AUGUST 24, 2007**

No **STATUS CONFERENCE** is set at this time.

No **SETTLEMENT CONFERENCE** is set at this time.

*07-cv-00209-PSF-PAC*
*Rule 16(b) Scheduling Conference*
*March 27, 2007*

**FINAL PRETRIAL CONFERENCE** is set: **FEBRUARY 05, 2008 at 9:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties will be directed at a future date to the chambers of The Honorable Phillip S. Figa to set a Trial Preparation Conference and Trial.
The parties anticipate a FIVE DAY Trial to a Jury.

!    Scheduling Order is signed and entered with interlineations on **MARCH 27, 2007**

HEARING CONCLUDED.

**Court in recess:**   9:38 a.m.        Total In-Court Time:    00:03