## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge  O.  Edward  Schlatter

Civil Action No.: **07-cv-00209-PSF-PAC**        **FTR** - Reporter Deck - Courtroom A-501
Date: **March  27,  2007**                                      Courtroom Deputy,  Ellen E. Miller

---

THOMAS  A.  BELL,                                          James L.  Cox, Jr.

     **Plaintiff(s),**

v.

UNION PACIFIC RAILROAD COMPANY,              Mark C.  Hansen
a Delaware corporation,

     **Defendant(s).**

---

### *AMENDED*  COURTROOM  MINUTES  /  MINUTE  ORDER

---

*The Courtroom Minutes / Minute Order  is  AMENDED   to correct that section dealing with
Expert Witness Disclosure Dates  **ONLY**.*
NO other changes are made.


**HEARING:    RULE  16(b)  SCHEDULING    CONFERENCE**
Court in session: 9:35 a.m.
Court calls case.  Appearance of counsel.

Please note that due to Magistrate Judge Coan's recent retirement, Magistrate Judge
O. Edward Schlatter has temporarily assumed her cases and docket until a replacement is appointed.
The  **e-mail address**  remains as the Coan_Chambers  address  and  **case numbers** will continue
to be designated with  -PAC  as the  Magistrate Judge initials.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE
SCHEDULING CONFERENCE HELD THIS DATE.**

Discovery Cut-off  is   **NOVEMBER  02,  2007**

Dispositive Motions deadline is   **DECEMBER  07,  2007**

*PLAINTIFF*  shall designate  experts   **on or before  JULY  27,  2007**

*07-cv-00209-PSF-PAC*
*Rule 16(b) Scheduling Conference*
*March 27, 2007*

*DEFENDANT* shall designate experts **on or before AUGUST 24, 2007**

*The parties shall designate rebuttal experts **on or before SEPTEMBER 21, 2007***


No **STATUS CONFERENCE** is set at this time.

No **SETTLEMENT CONFERENCE** is set at this time.


**FINAL PRETRIAL CONFERENCE** is set: **FEBRUARY 05, 2008 at 9:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference**
(See the court's website for Instructions for Preparation and Submission)


**TRIAL:**
The parties will be directed at a future date to the chambers of The Honorable Phillip S. Figa to set
a Trial Preparation Conference and Trial.
The parties anticipate a FIVE DAY Trial to a Jury.


!     Scheduling Order is signed and entered with interlineations on **MARCH 27, 2007**


HEARING CONCLUDED.

**Court in recess:** 9:38 a.m.      Total In-Court Time:     00:03