IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THOMAS A. BELL,               )
                              )
          Plaintiff,          )        8:07CV261
                              )
     v.                       )
                              )
UNION PACIFIC RAILROAD        )        ORDER
COMPANY, a Delaware           )
corporation,                  )
                              )
          Defendant.          )
_____)
```

      This matter is before the Court on the motion to withdraw filed by James L. Cox, Jr., of the law firm of Rossi, Cox & Vucinovich, P.C. (Filing No. 27). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that said motion is granted; James L. Cox, Jr., is permitted to withdraw as counsel for plaintiff.

      DATED this 10th day of August, 2007.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court