IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS A. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV261 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | AMENDED ORDER |
| COMPANY, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to withdraw filed by James L. Cox, Jr., of the law firm of Rossi, Cox & Vucinovich, P.C. (Filing No. 27).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; Douglas A. Rossi is permitted to withdraw as counsel for plaintiff.

DATED this 10th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court