IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS A. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV261 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after telephonic conference with counsel. Pursuant thereto,

IT IS ORDERED:

1) This action is stayed.

2) On or before November 16, 2007, the parties shall file a joint status report specifically addressing the medical status of the plaintiff and identifying what additional discovery, if any, is needed to prepare this case for trial.

DATED this 26th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court