IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THOMAS A. BELL,                )
                               )
          Plaintiff,           )        8:07CV261
                               )
     v.                        )
                               )
UNION PACIFIC RAILROAD         )        ORDER
COMPANY, a Delaware            )
corporation,                   )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the notice of withdrawal as counsel for Union Pacific Railroad (Filing No. 34) filed by Mark C. Hansen. Pursuant thereto,

IT IS ORDERED that Mark C. Hansen is permitted to withdraw as counsel for defendant.

DATED this 23rd day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court