IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS A. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV261 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to amend complaint (Filing No. 49). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until March 10, 2009, to file his amended complaint.

DATED this 2nd day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court