IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS A. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV261 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion
to extend deadlines (Filing No. 85).  The Court notes defendant
has no objection.  Accordingly,

IT IS ORDERED that the motion is granted.  The
deposition deadline is extended to July 15, 2009. and the
deposition and discovery deadline is extended through July 25,
2009.  All other dates in the progression order remain unchanged.

DATED this 18th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court